UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

  Plaintiff,

                CASE NO.: 9:20-cv-80592-WPD

vs.

WHOLE FOODS MARKET GROUP, INC.
a Foreign Profit Corporation
d/b/a WHOLE FOODS MARKET

  Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, WHOLE FOODS MARKET GROUP, INC., a Foreign Profit Corporation, d/b/a WHOLE FOODS MARKET, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against WHOLE FOODS MARKET GROUP, INC., a Foreign Profit Corporation, d/b/a WHOLE FOODS MARKET; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

  RESPECTFULLY SUBMITTED May 15, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Mahira Khan** |
| Gregory S. Sconzo, Esq. | Mahira Khan, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 109501 |
| Sconzo Law Office, P.A. | BAKER, DONELSON, BEARMAN, |
| 3825 PGA Boulevard, Suite 207 | CALDWELL & BERKOWITZ, P.C. |
| Palm Beach Gardens, FL 33410 | 100 S.E. Third Avenue, Suite 1620 |
| Telephone: (561) 729-0940 | Fort Lauderdale, FL |
| Facsimile: (561) 491-9459 | Phone: 954-768-1606 |
| Service Email: sconzolaw@gmail.com | Fax: 954-333-3570 |
| Email: greg@sconzolawoffice.com | Email: mkhan@bakerdonelson.com |

1

Attorney for Plaintiff                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        /s/ Gregory S. Sconzo
                                        **Gregory S. Sconzo, Esq.**